IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:12-CV-2-D

| | | |
|---|---|---|
| MAURICE ROCHA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DR. TOBI GILBERT, | ) | |
| DR. ASH MIKHAIL, and | ) | |
| COASTAL CAROLINA | ) | |
| NEUROPSYCHIATRIC CRISIS | ) | |
| SERVICES, P.A., | ) | |
| | ) | |
| Defendants. | ) | |

On July 11, 2012, Maurice Rocha ("Rocha") filed a motion for summary judgment [D.E. 35]. On August 1, 2012, the sole remaining defendant, Coastal Carolina Neuropsychiatric Crisis Services, P.A., responded in opposition [D.E. 38]. In light of the current record and the standard that governs under Federal Rule of Civil Procedure 56, the motion [D.E. 35] is DENIED.

SO ORDERED. This 15 day of October 2012.

JAMES C. DEVER III
Chief United States District Judge