# United States District Court

## EASTERN DISTRICT OF NORTH CAROLINA
### SOUTHERN DIVISION

MAURICE ROCHA,              )
                                 )

           Plaintiff,       )

                                 )

v.                              )     **JUDGMENT IN A CIVIL CASE**

                               )     **CASE NO. 7:12-CV-2-D**

COASTAL CAROLINA NEUROPSYCHIATRIC, )
         Defendant.       )

**Decision by the Court:**

IT IS ORDERED AND ADJUDGED that the Court GRANTS Defendant's Motion for Summary Judgment [D.E. 113]. The Court DENIES the other motions [D.E. 89, 93, 96, 98, 100, 108, 117, 123, 125, 130, 132, and 137]. The clerk shall close the case.

**THE ABOVE JUDGMENT WAS ENTERED TODAY**, <u>OCTOBER 16, 2013</u> WITH A COPY TO:

Maurice Rocha, Pro se (via USPS to 49 Sophia Drive, Jacksonville, NC 28540)
Hayley Roper Wells (via CM/ECF Notice of Electronic Filing)


<u>October 16, 2013</u>                     JULIE A. RICHARDS, Clerk
Date                                  Eastern District of North Carolina

                                       <u>/s/ Debby Sawyer</u>
                                       (By) Deputy Clerk

Raleigh, North Carolina